Order Filed on
**5/14/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Joseph J. DiPasquale (JD3330)
Thomas M. Walsh (TW0645)
Michele M. Dudas (MD5029)
*Counsel to Vision Two Hospitality Management,
LLC, Debtor and Debtor-in-Possession*

In re:

VISION TWO HOSPITALITY
MANAGEMENT, LLC,

Debtor.

Case No. 08-30365 (NLW)

Chapter 11

Honorable Novalyn L. Winfield

## SCHEDULING ORDER RESPECTING EVIDENTIARY HEARING ON DEBTOR'S MOTION TO ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(a)

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: 5/14/2009**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Vision Two Hospitality Management, LLC |
| Case No.: | 08-30365 (NLW) |
| Caption of Order: | Order Authorizing Debtor to Assume Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(a) |

**THIS MATTER**, having been presented to the Court by Vision Two Hospitality Management, LLC, Chapter 11 debtor and debtor-in-possession ("Debtor"), upon the filing of a Motion for entry of an Order authorizing the Debtor to assume its nonresidential real property leases with W.C. Chambers ("Landlord") pursuant to 11 U.S.C. §§ 105(a) and 365(a) (the "Motion"); and the Court having considered the opposition to the Motion filed by the Landlord, the replies of the Debtor, and oral argument by counsel; and the Court and the parties agreeing to conduct a further evidentiary hearing on the Motion;

**IT IS HEREBY ORDERED that:**

1.   An evidentiary hearing is scheduled for July __, 2009, at _____ __.m. (the "Hearing Date") before the Honorable Novalyn L. Winfield, U.S.B.J., United States Bankruptcy Court, M.L. King Federal Building & Courthouse, 50 Walnut Street, Third Floor, Newark, New Jersey.

2.   On or before May 13, 2009, Debtor's counsel and Landlord's counsel shall exchange a list of witnesses expected to be called by each party on the Hearing Date.

3.   On or before May 22, 2009, Debtor's counsel and Landlord's counsel shall exchange any and all reports, Certifications or other relevant pleadings in support of or in opposition to the Motion, to be relied upon on the Hearing Date.

4.   Depositions of any parties, representatives or other interested parties must be completed on or before June 19, 2009.  The deposition(s) shall be conducted at a mutually agreed upon date and time.  The cost for the depositions will be borne by the party serving the Subpoena(s)/Deposition Notice(s).

*Approved by Judge Novalyn L. Winfield May 14, 2009*